# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOWARD COHAN, Individually,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARLINGTON HEIGHTS LLC, DBA DOUBLE TREE HOTEL,<br><br>　　　　Defendant. | Case No.: 19:06310 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, Arlington Heights LLC, dba Double Tree Hotel, hereby give notice that the Parties have reached a settlement of all claims and matters in this case in principle and are finalizing papers to that effect. Respectfully, the Parties request that all pending deadlines be stricken, and request 30 days to file a stipulated form of dismissal with the Court.

**SUBMITTED: December 3, 2019**

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ARLINGTON HEIGHTS LLC, DBA DOUBLE TREE HOTEL | HOWARD COHAN |
| By: /s/ *Kevin A. Fritz* <br>Kevin A. Fritz<br>SEYFARTH SHAW LLP<br>233 S. Wacker Dr., Suite 8000<br>Chicago, IL 60606-6448<br>Telephone: (312) 460-5000<br>kfritz@seyfarth.com | By: /s/ *Robert M. Kaplan* <br>Robert M. Kaplan<br>Law Offices of Robert M. Kaplan<br>1535 W. Schaumburg Rd, Suite 204<br>Schaumburg, IL 60194<br>Telephone: 847-895-9151<br>rmkap@robertkaplanlaw.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

60489050v.1

## **CERTIFICATE OF SERVICE**

I, Kevin A. Fritz, an attorney, do hereby certify that, on December 3, 2019, I caused a true and correct copy of the foregoing JOINT NOTICE OF SETTLEMENT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Robert M. Kaplan
>Law Offices of Robert M. Kaplan
>1535 W. Schaumburg Rd, Suite 204
>Schaumburg, IL 60194
>rmkap@robertkaplanlaw.com

>*/s/ Kevin A. Fritz*